RECEIVED
DEC 10 2025
BY MAIL

Federal court of the eastern District of Missouri
St Louis division

David C. Lettieri
   Plaintiff

- against -                                   Index No. _____

Keefe group
Bureau of prisons
Federal Medical center Devens
B. Cinnatu
D. English
S. Gondulaz
Juheim
   Defendant                           complaint

The plaintiff acting prose as For a verified complaint herein respectfully alleges as Follow:

1. The plaintiff is forced to stay at Federal Medical center Devens under False charge at P.O. Box 879 ayer, Ma 01432

2. The defendant Federal medical center Devens, B. Cinnatu, D. English and S. Gondulaz is Located at P.O. Box 879 ayer, Ma 01432.

3. The defendants keefe group is Located at 10880 Lin Page place, saint Louis no, 63132.

4. The defendants Bureau of prisons is Located at 400 First street, NW 1th Floor, washington D.C. 20504.

5. The defendant Juheim is unknown.

6. This complaint is in regards to a music song that was purchased from the suggestion List, The Song was called Anything (Featuring nex) (a)Bum

version) by Jaheim. It from the album Ghetto Love.

7. This was on the suggested music that is featured in which there was eighty-five songs purchased before such. The plaintiff only gets fifteen minutes to shop for music in which not always knowing every song can't always correctly search for them.

8. In the matter the plaintiff doesn't every see much classical music which at the time of purchase had eleven already downloaded.

9. The plaintiff to date has not seen one song from Panic! at the Disco. This being from the song High Hopes.

10. The plaintiff to date has not seen any song from Dashu because of Austin.

11. The plaintiff to date has not seen any song from Journey because of the Wheel in the Sky.

12. There is at least over a dozen or more artist that the plaintiff hasn't seen in which some with albums should been on the suggestion list first then random ones like anything by Jaheim since there wasn't any downloads of such from the artist.

13. On March 27, 2025 B. Linnutu, D. English, and S. Gondalaz had a meeting with the plaintiff in which was about filing grievances, with that the plaintiff was threaten if continue to do such would be transfer to a possible more dangerous facility where could be stabbed because of a paralyzed vocal cord or limited on the grievances.

14. Since then the plaintiff was thrown in special housing unit for fifty-eight dates on a false ticket. In those days had cough up blood to where medical didn't care and had been assaulted to where wrist had bleed.

### As for a first cause of action
### Breach of Duty care

15. The defendants had a duty of care not to have any defect just

suggestions that the plaintiff wouldnt like the music with only able to listen for a few seconds doesnt help either.

### As for a second cause of action
### Unjust enrichment

16. Because of the unlawful imprisonment on the false charge the defendant had benifited from the injury with limited access to shop by time and little matters to know about the song. Thus an unjust enrichment had happen.

### As for a third cause of action
### Abuse of process

17. The defendants had made threats in which now is unable to do the administrivate remedies in which such be claim by the defendants under Title 42 United States code 1997(e) which makes it an abuse of process.

### As for a fourth cause of action
### Musschetts General Law 12 11-1
### Civil right torts.

18. By the threats made by Defendants B. Cinnuta and D. English had of the plaintiff in a great deal of fear that had obstructed the plaintiff First amendment of free speech, Fifth amendment due process and First amendment access to courts.

Wherefore the plaintiff demands judgment as follow;

1. On the first cause of action, damages in the sum of $25,000 for

Breach of Duty care.

2. On the second cause of action, Damages In the sum of $25,000 For unjust enrichment.

3. On the third cause of action, Damages In the sum of $50,000 For abuse of process.

4. On the Fourth cause of action, Damages In the sum of $75,000 For Masschetts General Law 1211-1

5. For all other, such, Just, equaitable the courts may see Fit and proper.

The plaintiff states all Facts to Be true and accuary under the pentuly of perjury From the Best of knowledge.

Thank you,

David C. LeTieri