**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID C. LETTIERI,<br><br>*Plaintiff,*<br><br>v.<br><br>KEEFE GROUP et al.,<br><br>*Defendants.* | No. 4:25-cv-01821 MAL |

**MEMORANDUM AND ORDER**

David C. Lettieri, a self-represented prisoner, filed a Prisoner Civil Rights Complaint Under 42 U.S.C. § 1983. (Doc. 1). He seeks leave to pursue this action *in forma* pauperis. (Doc. 2). Because Lettieri has accrued three strikes under the Prison Litigation Reform Act (PLRA), the Court denies the request and orders him to pay the full $405 filing fee.

The PLRA is designed to "filter out the bad [prisoner] claims and facilitate consideration of the good." *Jones v. Bock*, 549 U.S. 199, 204 (2007). One mechanism for doing so is the three-strikes provision of 28 U.S. § 1915(g). *Orr v. Clements*, 688 F.3d 463, 464 (8th Cir. 2012). Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Earlier this year, another court in this district denied Lettieri's request to proceed *in forma pauperis* due to Lettieri's accrual of three strikes under the PLRA. Memorandum and Order, *Lettieri v. Fed. Med. Center*, No. 4:25-cv-00733 (E.D. Mo.

Mar. 4, 2026) (Doc. 6). In that case, the court explained Lettieri's previous strikes which led to the denial of his request. *Id.*

Because Lettieri has accumulated three strikes under § 1915(g), the Court cannot grant him leave to proceed *in forma pauperis* in this matter unless he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Lettieri does not assert that he is under imminent danger of serious physical injury. Therefore, the Court denies his motions to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that Lettieri's motion for leave to proceed *in forma pauperis* is **DENIED.** (Doc. 2).

**IT IS FURTHER ORDERED** that Lettieri shall pay the $405 filing fee within thirty (30) days of the date of this order. Lettieri's failure to do so will result in the dismissal of this action without prejudice and without further notice.

**SO ORDERED,**

This 29th day of September, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE